IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division
Civil Action No.: 5:21-cv-15

| | |
|---|---|
| MELISSA BETH KROKSON, BENTLEY KROKSON, and BMD MAC & CHEESE, LLC, <br><br> Plaintiffs, <br> vs. <br><br> MAC AND CHEESE FRANCHISE OPERATIONS, LLC, D/B/A I HEART MAC & CHEESE, <br><br> Defendant. | **ORDER** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendant Mac and Cheese Franchise Operations, LLC d/b/a I Heart Mac & Cheese may have through and including Wednesday, March 3, 2021, in which to file its answer or otherwise respond to Plaintiff's Amended Complaint.

This the _____ day of February, 2021.

_____